# IN THE SUPREME COURT OF THE STATE OF NEVADA

PERCY LAVAE BACON,
                Appellant,
vs.
BRIAN WILLIAMS; OFFENDER
MANAGEMENT DIVISION; AND THE
STATE OF NEVADA,
                Respondents.

No. 72169

**FILED**

FEB 2 8 2017



## ORDER DISMISSING APPEAL

This is a pro se appeal from a decision denying a "motion to alter or amend pursuant to N.R. Ccv.P.59(c)." Eighth Judicial District Court, Clark County; Linda Marie Bell, Judge.

Because no statute or court rule permits an appeal from the aforementioned order in a criminal matter, we lack jurisdiction. *Castillo v. State*, 106 Nev. 349, 352, 792 P.2d 1133, 1135 (1990). Accordingly, we

ORDER this appeal DISMISSED.

_____, J.
Douglas

_____, J.
Gibbons

_____, J.
Pickering

cc:    Hon. Linda Marie Bell, District Judge
       Percy Lavae Bacon
       Attorney General/Carson City
       Attorney General/Las Vegas
       Eighth District Court Clerk

17-06824